IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:18-CR-74-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DWAYNE LEONZO HERRING, | ) | |
| | ) | |
| Defendant. | ) | |

On April 22, 2026, defendant moved for early termination of supervised release [D.E. 138].

Defendant has been on supervised release since February 17, 2025. See id. at 2. The term of

supervised release is five years. See [D.E. 79] 4; [D.E. 131].

Defendant has made excellent progress on supervision. Nonetheless, given defendant's

very serious criminal conduct and this court's view that defendant will benefit from continued

supervision, the court DENIES defendant's motion for early termination of supervised release

[D.E. 138].

SO ORDERED. This 22 day of April, 2026.

JAMES C. DEVER III
United States District Judge